**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

KAREN PORTER,

      Plaintiff,

v.

FRANK COCKRELL BODY SHOP,
INC. d/b/a COCKRELL'S BODY
SHOP, and BOB HOUSE,

      Defendants.

CIVIL ACTION NO.:  1:20-cv-00050

## <u>NOTICE OF REMOVAL</u>

Defendants, Frank Cockrell Body Shop d/b/a Cockrell's Body Shop and Bob House, hereby give notice of the removal of this action from the Circuit Court of Mobile County to the United States District Court for the Southern District of Alabama, Southern Division, on the following grounds:

1.    This case was filed in the Circuit Court of Mobile County against the above Defendants on or about July 29, 2019.

2.    Plaintiffs filed an Amended Complaint on January 16, 2020.

3.    Plaintiffs assert claims against Defendants Frank Cockrell Body Shop d/b/a Cockrell's Body Shop and Bob House for alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.*, as amended.

4.    This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1331; therefore, this action is removable pursuant to 28 U.S.C. §1441(a).

5.    Pursuant to 28 U.S.C. §1441(a) the case is removable and the Court has jurisdiction over the claims asserted in the complaint.

6.     Filed concurrently herewith are copies of all process, pleadings, and orders served upon these Defendants in compliance with 28 U.S.C. §1446(a).

7.     This notice of removal is signed by counsel for the above-named Defendants pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**s/Melissa P. Hunter**
MELISSA P. HUNTER   (HUNTM3367)
mhunter@gallowayllp.com
EDWARD T. OVERTON, SR. (OVE010)
toverton@gallowayllp.com
GALLOWAY, WETTERMARK
      & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH: (251)476-4493
FX: (251)479-5566
*Attorneys for Frank Cockrell Body Shop d/b/a
Cockrell's Body Shop and Bob House*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Abby M. Richardson, Esq.

**s/Melissa P. Hunter**

2